## THE STATE v. JOHN MERICLE, Appellant.

### Division Two, November 13, 1912.

**APPEAL: No Affidavit: Dismissed.** Where no affidavit for an appeal was filed by appellant, as required by Sec. 5292, R. S. 1909, the appeal, upon motion of the Attorney-General, will be dismissed.

Appeal from Jasper Circuit Court.—*Hon. Henry L. Bright,* Judge.

.APPEAL DISMISSED.

*R. M. Sheppard* for appellant.

*Elliott W. Major,* Attorney-General, and *John M. Dawson,* Assistant Attorney-General, for the State.

A motion to dismiss the appeal in this case has been filed by the State. Under Sec. 5292, R. S. 1909, as it formerly stood, no affidavit for appeal was necessary in a criminal case. State v. Smith, 190 Mo. 714. But the Legislature in 1909 so amended that section as to make an affidavit necessary. It adopted the exact language of the statute on this subject applicable to civil cases. Sec. 2040, R. S. 1909. In adopting the language of another statute, the Legislature adopted it with its previous construction. Endlich on Inter. of Statutes, Secs. 367, 368; Lewis' Sutherland Stat. Const., Sec. 399; Sedgwick Const. Stat. & Const. Law,

pp. 214, 215; Handlin v. County, 57 Mo. 116; Easton v. Courtright, 84 Mo. 34; Mason v. Fearson, 9 How. 258. The civil statute has been construed to mean that an affidavit therefor was an essential prerequisite to the granting of an appeal. Clelland v. Shaw, 51 Mo. 440; State ex rel. v. Kenchler, 83 Mo. 194; Peters v. Edge, 87 Mo. App. 284; Greenwood v. Parlin, 98 Mo. App. 408. "The right of appeal is statutory." State v. Smith, 190 Mo. 714.

PER CURIAM.—It is disclosed by the record in this case that the purported appeal therein was allowed by the court at the January term thereof, 1910, and further that no affidavit for an appeal was filed by the appellant as required by Sec. 5292, R. S. 1909. The Attorney-General has filed a motion to dismiss the appeal for failure to comply with that statute. The right of appeal is statutory, and as the filing of an affidavit in the form prescribed by said section is made one of the conditions upon which an appeal shall be allowed, and such affidavit was not filed in this case, the motion to dismiss the appeal must be sustained. It is so ordered.